IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE

| | | |
|---|---|---|
| JAMIE PECK, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cv-11329-GCS-SDD |
| | ) | |
| v. | ) | Judge Steeh |
| | ) | Magistrate Judge Davis |
| ENHANCED RECOVERY | ) | |
| COMPANY, LLC, d/b/a ERC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, JAMIE PECK, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                                              Respectfully submitted,
                                              **JAMIE PECK**

                                   By:    s/ David M. Marco
                                            Attorney for Plaintiff

2

Dated: May 23, 2016

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithmarco.com